**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ANDRE HARRIS                                                                    PLAINTIFF
ADC # 144001

v.                                        CASE NO. 4:10CV00089 JLH/BD

DOC HOLIDAY, *et al.*                                                   DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.

The parties have not filed objections.  After careful review of the Recommended Disposition, the

Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted

as this Court's findings in all respects in its entirety.

Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE